UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                 :

EMPIRE HOLDINGS AND INVESTMENTS,    :
LLC,                                      : **ORDER REGULATING**
                                          : **PROCEEDINGS**
                       Plaintiff,      :
      -against-                             : 24 Civ. 4734 (AKH)
                                          :

KCC DESIGN BUILD, INC., d/b/a KCC DESIGN  :
+ BUILD,                                       :
                                          :
                          Defendant.    :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

     The parties appeared before me for a status conference on January 30, 2026.  As stated at the conference, I order the following:

1. Plaintiff will review the legal sufficiency of its claims other than for breach of contract and whether consequential damages are available for its claim of breach of contract. *See Kenford Co. v. Erie Cnty.*, 67 N.Y.2d 257, 261, 493 N.E.2d 234, 235 (N.Y. 1986).

2. Plaintiff represented that the cost of its repairs to the pool were approximately $789,000.

3. Plaintiff will provide its expert reports to Defendant by March 27, 2026.

4. The parties shall appear for a status conference on April 17, 2026 at 10 a.m.

        SO ORDERED.

Dated:       January 30, 2026                       _____/s/ Alvin K. Hellerstein_____
             New York, New York                    ALVIN K. HELLERSTEIN
                                               United States District Judge