

# DAVIDOFF HUTCHER & CITRON LLP

### ATTORNEYS AT LAW

### 605 THIRD AVENUE
### NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

**FIRM OFFICES**

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

PALM BEACH
ATTORNEYS AT LAW
250 ROYAL PALM WAY
SUITE 202
PALM BEACH, FL 33480
(561) 567-8488

**FIRM OFFICES**

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

March 24, 2026

**Via ECF and FACSIMILE**
The Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007
Fax: 212-805-7942

**The conference is adjourned to April 24, 2026 at 10 a.m.  So ordered.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**March 24, 2026**

Re:    **Empire Holdings and Investments, LLC, v. KCC Design Build Inc., Civil Action No. 24-cv-04734**

Judge Hellerstein:

We write on behalf of Plaintiff Empire Holdings and Investments, LLC ("Plaintiff") in the above referenced matter, with the consent of Defendant KCC Design Build Inc. ("Defendant") to respectfully request that the April 17, 2026 Status Conference at 10:00 am, be adjourned to later that day or the following week.  This is the first request for the adjournment of a Status Conference. The adjournment of this Status Conference will not interfere with any other deadlines set by the Court.  The reason for this request is that I learned yesterday that my daughter is having a school performance on April 17, at 9:00 am, and I would like to attend.

We appreciate Your Honor's consideration in this matter.

Respectfully submitted,

*/s/ Benjamin Noren*
Benjamin Noren

4928-3103-7850.v1