UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
EMPIRE HOLDINGS AND INVESTMENTS,                              :
LLC,                                                          :   **ORDER REGULATING**
                                                              :   **PROCEEDINGS**
                                  Plaintiff,                  :
        -against-                                             :   24 Civ. 4734 (AKH)
                                                              :
KCC DESIGN BUILD, INC., d/b/a KCC DESIGN                      :
+ BUILD,                                                      :
                                                              :
                                  Defendant.                  :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties appeared before me for a status conference on May 29, 2026.  As stated at the

conference, I order the following:

1.  Plaintiff represented that its total damages claim is $789,000.

2.  Defendant will drop its claim against Royalty Design Inc. or proceed promptly to

    judgment.

3.  Both parties agreed to a bench trial before me, waiving their right to trial by jury.

4.  The final pre-trial conference will be held June 24, 2026 at 12 p.m.  All matters

    preliminary to trial will be decided at that time.

5.  The pre-trial order shall set out the documents to be presented at trial, including all

    documents that prove the amount of damages.

6.  Trial will begin June 30, 2026 at a time to be set at the final pre-trial conference.


        SO ORDERED.

Dated:      May 29, 2026                          _____/s/ Alvin K. Hellerstein_____
            New York, New York                         ALVIN K. HELLERSTEIN
                                                       United States District Judge