UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPIRE HOLDINGS AND INVESTMENTS, LLC,<br>Plaintiff,<br>-against-<br>KCC DESIGN BUILD INC. d/b/a KCC DESIGN + BUILD,<br>Defendant. | Case No.: 24-cv-04734-AKH<br>**CONSENT JUDGMENT** |

This matter having been opened to the Court by the Plaintiff Empire Holding and Investments, LLC ("Empire" or "Plaintiff") seeking entry of the within Consent Judgment against Defendant KCC Design Build Inc. d/b/a KCC Design + Build ("KCC," or "Defendant"), having consented to the form and entry of the within Consent Judgment, pursuant to a Settlement Agreement between the parties dated as of August 11, 2026 ("Settlement Agreement"), and notice having been given by the Plaintiff to the Defendant that entry of this Consent Judgment is being sought in accordance with the terms and conditions set forth in the Settlement Agreement, and good cause appearing,

IT IS on this day of August 20, 20 26

ORDERED that Final Judgment is hereby entered in favor of Plaintiff Empire Holding and Investments, LLC, and against Defendant KCC Design Build Inc. d/b/a KCC Design + Build in the amount of $500,000.

Alvin K. Hellerstein, U.S.D.J.

We hereby consent to the form and
entry of the within Consent Judgment:

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Plaintiff*

By: ______________________________
Benjamin Noren

KUSHNICK PALLACI PLLC
*Attorneys for Defendant*

By: ______________________________
Vincent T. Pallaci